AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE ___ DISTRICT OF ___ PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | **APPEARANCE** |
| v. | CASE NUMBER: **CR 98-066(PG)** |
| **HECTOR L. COLON-RODRIGUEZ** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

| | |
|---|---|
| November 13, 2007 | *s// Elba Gorbea* |
| *Date* | Elba Gorbea - #224014 |
| | Assistant U.S. Attorney |
| | Torre Chardón Bldg., Suite #1201 |
| | 350 Carlos Chardón Avenue |
| | Hato Rey, Puerto Rico  00918 |
| | Tel. (787) 766-5656 |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 13th day of November, 2007.

*s//Elba Gorbea*
Elba Gorbea - #224014
Assistant U.S. Attorney